THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARY MURPHY, Appellant.— Motion granted.

In the Matter of the Application of the CITY OF BUFFALO for the Appointment of Commissioners to Appraise the Damages Caused by Change of Grade in Chicago Street, Scott Street, Granger Street and the Chicago Street Viaduct and Approaches Thereto, to the Owners of or Parties Interested in Lands Abutting Thereon.— Appeal dismissed, without costs, upon stipulation filed.

FRANK C. DERR and Others, Respondents, v. EMMA MILLER, as Committee, etc., Appellant.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of EDMUND L. RYAN, an Attorney and Counselor at Law.— Issues raised by the petitions and answers thereto referred to Hon. Warren B. Hooker, official referee, to take the proofs thereon and report the same to this court with his opinion thereon.

In the Matter of the Appointment of Official Referees, Pursuant to Section 115 of the Judiciary Law.* Hon. WARREN B. HOOKER, of the Eighth Judicial District, and Hon. WILLIAM E. SCRIPTURE, of the Fifth Judicial District, appointed as official referees.

Admitted to Practice as Attorneys and Counselors at Law, at May Term, 1919, upon Examination: MARTIN JAMES LUTZ, of Utica; THOMAS JOHN STAUNTON, of Syracuse; WILLIAM S. WEEKS, of Lyons; ARTHUR C. MINAHAN, of Buffalo; WILLIAM H. HAMPTON, of Gouverneur; RICHARD F. SHAW, of Syracuse; SALVADOR JOSE CAPECELATRO, of Utica; O. GREGORY BURNS, of Clinton; CHARLES GEORGE BARTH, of Buffalo.

At July Term, 1919, upon Examination: FRED S. REESE, JR., of Ilion; RAYMOND FASSETT BROWN, of Syracuse; MICHAEL YUST, of Utica; HENRY MYRON LEWIS, of Utica; EDMUND B. TYMINSKI, of Syracuse; IRVING H. LESSEN, of Syracuse; BRADFORD JOHN BURROUGHS, of Batavia; HAROLD CHARLES ORTON, of North Tonawanda; HOWARD FRANCIS CUNNINGHAM, of Buffalo; OLIVER CLYDE JOSLIN, of Buffalo; CLARENCE C. FOSTER, of Buffalo; ALICE I. DOORTY, of Buffalo; TALMAN W. VAN ARSDALE, of Buffalo.

---

* See Consol. Laws, chap. 30 (Laws of 1909, chap. 35), § 115, as amd. by Laws of 1918, chap. 222.— [REP.